UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>JOAN C. DELANOY, et al.,<br><br>    Defendants. | Case No. 21-cv-01700-AGT<br><br>**ORDER RESETTING CASE SCHEDULE** |

On May 10, 2021, two months after initiating this ADA lawsuit, plaintiff filed a notice of provisional settlement and requested that the Court "vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed." Dkt. 11. The Court granted plaintiff's request to vacate dates, directed plaintiff to file a notice of dismissal by July 9, and set a status conference for July 16. Dkt. 12. On July 12, plaintiff filed a joint stipulation to extend the July 9 dismissal date to August 9 to allow the parties to "finalize the terms of the Settlement Agreement, collect signatures and comply with the terms of Agreement." Dkt. 14. The Court granted the requested extension and reset the status conference for August 13. Dkt. 15. To date, no dismissal or responsive pleading has been filed.

During the August 13 status conference, plaintiff's counsel reported that she sent defense counsel—presumably, Jonathan McNeil Wong of Donahue Fitzgerald LLP, who signed the July 12 stipulation as "Attorney for Defendants"—a settlement agreement incorporating defendants' requested revisions but has received no response. Defense counsel did not attend the status conference and has yet to formally appear in this case. In light of the above, the Court hereby resets the General Order 56 deadlines set forth in the parties' scheduling order (Dkt. 5) as follows: the deadline to complete the joint site inspection is **September 17, 2021**, and all other General

Order 56 deadlines are adjusted accordingly.  This Order does not affect defendants' respective Rule 12 deadlines to respond to the complaint, which appear to have expired before plaintiff filed the notice of provisional settlement and request to vacate dates, *see* Dkts. 8, 9, 10.  Plaintiff is directed to serve a copy of this order on all defendants by **August 18, 2021**.

**IT IS SO ORDERED.**

Dated: August 16, 2021

ALEX G. TSE
United States Magistrate Judge